IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MICHAEL S. GRIFFIS
ADC # 134561                                                                                    PLAINTIFF

V.                                          4:06CV01560 JMM

PEGGY P. CRYER, Secretary, Arkansas State Medical
Board; W. RAY JOUETT, Chairman, Arkansas State
Medical Board; DR. JOHN E. BELL, Arkansas State
Medical Board; and JOHN DOES 1-6, members of the Arkansas
State Medical Board                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

1